**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JASON MILLER**                                                          **PLAINTIFF**

**v.**                                                          **No. 1:24CV115-RP**

**PRENTISS COUNTY
CHIEF MICHAEL RAMEY
SHERIFF RANDY TOLAR**                                   **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On September 30, 2024, the court entered an order requiring the plaintiff, within 21 days, to provide the addresses of the three defendants in this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on October 21, 2024. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 7th day of March, 2025.

                                                                                    /s/ Roy Percy
                                                                          UNITED STATES MAGISTRATE JUDGE